# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : | **MEDIATOR'S CERTIFICATE OF COMPLETION** |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-50313 (BLS) |
| v. | : | |
| Darrell Sandison and Mattie Sandison, | : | |
| | : | |
| Defendants. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation was completed on _____ and resolved in the following manner *(complete applicable provisions)*.

    (a)    The following individuals were present:

        (1)    Parties (name and capacity) -

        (2)    Counsel (name and party representing) -

    (b)    The following parties failed to appear and/or participate as ordered:

    (c)    The outcome of the mediation conference was:

    _____    The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

    _____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

TADMS:5452886-1 035888-190633

\_\_\_\_    The following issues remain for this court to resolve:

\_\_\_\_    The matter has not been resolved and should proceed to trial.

  X     OTHER:  This matter has settled prior to mediation.


Dated: January 29, 2021              /s/ Judith K. Fitzgerald
                                               Judith K. Fitzgerald (PA I.D. No. 18110)
                                               Tucker Arensberg, P.C.
                                               1500 One PPG Place
                                               Pittsburgh, PA  15222
                                               (412) 594-1212

TADMS:5452886-1 035888-190633