IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. / | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in Interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al, | Adv. Proc. No. 19-50313 (BLS) |
| Plaintiff, | |
| v. | |
| DARRELL SANDISON; MATTIE SANDISON, | |
| Defendants. / | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   Clerk of the Court
United States Bankruptcy Court
One Division, NW
Grand Rapids, MI  49503

PLEASE TAKE NOTICE that Robert F. Wardrop II hereby withdraws his Appearance on behalf of Mattie Sandison, a creditor in this case, and requests that his name be removed from all ECF/electronic notices in this case.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Respectfully submitted,

WARDROP & WARDROP, P.C.

Dated: May 18, 2021

By: _____
Robert F. Wardrop II (P31639)
Business Address:
   300 Ottawa Ave., NW, Ste. 150
   Grand Rapids, MI  49503
   (616) 459-1225
   robb@wardroplaw.com
   bkfilings@wardroplaw.com

464201051421.Notice of Withdrawal of Appearance – Mattie Sandison